UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF INDIANA

FILED
03/16/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

MAHMUD ABOUHALIMA, Plaintiff
V.
LOTTS, et al., Defendant(s)

2:21-CV-00029 JPH-DLP

MOTION FOR SENDING PLAINTIFF
COURT'S MAIL AS LEGAL MAIL

Plaintiff, Mahmud Abouhalima, In the above mentioned case Requesting that this honorable Court sending his court mail as Legal mail and in support state the Followings:

1- With according to BOP Rules and Regulation incoming mail from Legal organization that clearly identified on the outside envelope (in writing) as "Legal mail - Open only in Presence of Inmate" must be treated as Privileged.

2- However, In this Prison ADX- Florence- Clorado, mail from the courts that do not have on the outside envelope "Legal mail - Open only in Presence of inmate", treated as General Correspondence Subject to be opened, censored and delayed

3- Just recently, Plaintiff has addressed the same issue with

-1-

the U.S. District Court for the S.D. of New York while proceeding in his post-conviction criminal case and that court has granted plaintiff request for avoiding unnecessary delay and sent its mail to plaintiff clearly identified on the outside envelope as "Legal mail - open only in Presence of inmates."

4. The Purpose of such move is to save Time, Time is crucial in court Proceeding to comply with court deadlines, while incoming identified "legal mail - open only in Presence of inmates" takes 4-5 days, However, mail treated as General correspondence including court mail takes up to 30 days some time to be received..

5. Plaintiff has experienced extreme delay in most of his General correspondence mail especially during the pandamic - except his legal mail ..

6. For the above mentioned reasons, Plaintiff respectfully request that this court sent its mail to Plaintiff with clearly identified on the outside envelope as "Legal mail open only in Presence of Inmate" ..

7. Pursuant to 28 U.S.C 1746 I, mahmud Abouhalima, the plaintiff in this action declare under Penalty of perjury that the Foregoing is true and correct..

3-05-02021
Date

Abouhalima
Mahmud Abouhalima
Reg No. 28064-054
U.S. Peortentiary-max
P.O. Box 8500
Florence, CO 81226

-2-

CERTIFICATE OF SERVICE

I hereby certify the foregoing Document, "Motion for sending plaintiff court's mail as legal mail", was provided to BOP staff to be sent via USPS outgoing mail pursuant to the "Prison Mailbox Rule" to the U.S. District Court, S.D. of Indiana, Attn: Clerk of the Court ...

Respectfully,

3-05-2021
Date

Mahmud Abouhalima
Reg No. 28064-054
U.S. Penitentiary - Max
P.O. Box 8500
Florence, Co 81226