FILED
05/05/2021
U.S. District Court
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case 2:21-cv-00029-JPH-MG   Document 23   Filed 05/05/21   Page 1 of 1 PageID #: 126
Case 2:21-cv-00029-JPH-DLP   Document 11   Filed 03/03/21   Page 35 of 40 PageID #: 94

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED
UNITED STATES MARSHAL
2021 MAR -9 AM 11:22
SOUTHERN DISTRICT
INDPLS., INDIANA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MAHMUD ABOUHALIMA | 2:21-cv-00029-JPH-DLP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LOTTS et al | Summons, Complaint, Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Office of the United States Attorney
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
110 West Market Street Suite 2100 Indianapolis, IN 46204-3048

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
CLERK OF COURT

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
/s/ K. Angermeier
TELEPHONE NUMBER: 812-231-1842
DATE: 3/3/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 7
District of Origin No. 28
District to Serve No. 28
Signature of Authorized USMS Deputy or Clerk: Danyelle Batton
Date: 3/9/21

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Brae Gallman  Admin Officer
Date: 3/9/21  Time: 1:00 ☒ pm
Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

RECEIVED
UNITED STATES MARSHAL
2021 MAR 10 AM 7:54
SOUTHERN DISTRICT
INDPLS., INDIANA

Form USM-285
Rev. 01/21