Case 2:21-cv-00029-JPH-MG   Document 24   Filed 05/07/21   Page 1 of 2 PageID #: 127

FILED
05/07/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Mahmud Abouhalima, Plaintiff
V.
Lotts, et. al, Defendant(s)

2:21-CV-00029-JPH-MG

Dear Clerk of the Court:

On 4-27-2021 I received the enclosed court mail that belongs to another Plaintiff, and another Defendants, in another case...

I am returning the court mail to the clerk of the court for proper adjustment...

I also enclosed the court envelope that has my name, address but not yet the court label to indicate "Legal Mail - Open only in Presence of Inmate Per Court order dkt # 16..."

4.28.2021
Date

Abouhalima
Mahmud Abouhalima
Reg No. 28064-054
U.S. Penitentiary- Max
P.O. Box 8500
Florence, Co 81226

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents was provided to Bop staff to be sent via USPS outgoing mail pursuant to "Prison mailbox Rule" to the United States District Court Southern District of Indiana, Attn: Clerk of the Court,

Documents enclosed:
1- Return of court mail to the Clerk of court
2- Follow up with service of the complaint upon all five defendants..

4-28-2021
Date

Abouhalima

Mahmud Abouhalima
# 28064-054
U.S. Penitentiary - max
P.O. Box 8500
Florence, Co 81226