FILED
06/21/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MAHMUD ABOUHALIMA, Plaintiff
  V.
LOTTS, et al.,   Defendants

Case No. 2:21-cv-00029-JPH-MG

Dear Clerk of the Court:

On 3/30/2021 Magistrate Judge Doris L. Pryor has granted my motion to send the court mail to me labeled: "LEGAL MAIL - OPEN ONLY IN PRESENCE OF INMATE" Dokt #16

I am asking you please "Dear Clerk of the Court" to correct the label to includ "LEGAL MAIL", on it - Your label is missing this words on the outside envelope

Please make a note to correct the court mail label that I can receive its mail as legal and to be opened only in my Presence...

6-11-2021
  Date

Abouhalima
Mahmud Abouhalima
#28064-054
U.S.P Florence. max
P.O. Box 8500
Florence, CO 81226

## CERTIFICATE OF SERVICE

I hereby certify the foregoing Document, "two Notices to the clerk of the court," was provided to Bop staff to be sent via usps outgoing mail pursuant to the "Prison Mail box Rule" to the United States District Court Southern District of Indiana ..

Respectfully,

6-11-2021
Date

Mahmud Abouhalima
#28064-054
U.S.P Florence, Max
P.O. Box 8500
Florence, Co 81226