UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MAHMUD ABOUHALIMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 2:21-cv-00029-JPH-MG |
| | ) |
| LOTZ, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, Motion to Compel Discovery, and Discovery Requests. The Court, having reviewed the motion, being duly advised in the premises, and finding good cause for the requested extensions, now **GRANTS** the motion.

**IT IS THEREFORE ORDERED** that the deadlines for Defendants' responses are extended as follows:

- Defendants Lotz, Alexander, Sullivan, Buckles, and Schaller are afforded to and including **January 24, 2022**, to respond to Plaintiff's Second Set of Interrogatories to All Defendants;

- Defendant Lotz is afforded to and including **January 26, 2022**, to respond to Plaintiff's Second Set of Interrogatories to Defendant Lotz;

- Defendant Buckles is afforded to and including **January 26, 2022**, to respond to Plaintiff's Second Set of Interrogatories to Defendant Buckles;

- Defendants Lotz, Alexander, Sullivan, Buckles, and Schaller are afforded to and including **January 26, 2022**, to respond to Plaintiff's Amended Complaint [Filing No. 74];

- Defendants Lotz, Alexander, Sullivan, Buckles, and Schaller are afforded to and including **January 26, 2022**, to respond to Plaintiff's Motion to Compel Discovery [Filing No. 77]; and

- Defendants Lotz, Alexander, Sullivan, Buckles, and Schaller are afforded to and including **January 31, 2022**, to respond to Plaintiff's Fourth Request for Production of Documents to Defendants.

Date: 12/28/2021

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.

Service on the following individual in the traditional paper manner, via first class U.S. Mail:

Mahmud Abouhalima
Reg. No. 28064-054
FLORENCE – ADMAX USP
FLORENCE ADMAX U.S. PENITENTIARY
Inmate Mail/Parcels
Legal Mail - Open Only in the Presence of the Inmate
P.O. Box 8500
Florence, CO 81226