UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA
TERRE HAUTE DIVISION

MAHMUD ABOUHALIMA, Plaintiff
V.
LOTZ, et al., Defendants

Case No. 2:21-cv-00029-JPH-MG

FILED
01/25/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Dear Clerk of the Court:

I am asking you and requesting from this court to provide me and update me with a court docket sheet under my case listed above..

Thank you..

January 20, 2022
Date

Abouhalima
MAHMUD ABOUHALIMA
REG No. 28064-054
U.S. Penitentiary - Max
P.O. Box 8500
Florence, Co 81226

## CERTIFICATE OF SERVICE

I hereby certify the Foregoing document "mentioned below" was provided to Bop staff to be sent via USPS outgoing mail pursuant to the "Prison Mailbox Rule" to ; the United States District Court, Southern District of Indiana attn'. Clerk of the Court .. A Copy of the Foregoing document was also sent to the United States Attorney, Southern District of Indiana, attn'. Ms. Gina M. Shields Assistant U.S. Attorney

Document Title:
Plaintiff Reply To Defendant' Dkt # 83

1/20/2022
Date

Abashalima
Mahmud Abashalima
Reg No. 28064-054
U.S. Penitentiary - Max
P.O. Box 8500
Florence, Co 81226