UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MAHMUD ABOUHALIMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 2:21-cv-00029-JPH-MG |
| | ) |
| LOTZ, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiff's Second Motion to Compel Discovery and Discovery Requests. The Court, having reviewed the motion, dkt. [97], being duly advised in the premises, and finding good cause for the requested extensions, now **GRANTS** it.

**IT IS THEREFORE ORDERED** that Defendants Alexander, Buckles, Lotz, Schaller, and Sullivan are afforded to and including **March 4, 2022**, to respond to Plaintiff's Second Motion to Compel [Filing No. 86] and to and including **March 9, 2022**, to respond to Plaintiff's Third Set of Interrogatories to All Defendants and Sixth Requests for Production of Documents, dated January 5, 2022.

**SO ORDERED**.

Date: 2/2/2022

*[signature]*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution list attached.

2

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.

Service on the following individual in the traditional paper manner, via first class U.S. Mail:

>  Mahmud Abouhalima
>  Reg. No. 28064-054
>  FLORENCE – ADMAX USP
>  FLORENCE ADMAX U.S. PENITENTIARY
>  Inmate Mail/Parcels
>  Legal Mail - Open Only in the Presence of the Inmate
>  P.O. Box 8500
>  Florence, CO 81226