UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MAHMUD ABOUHALIMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:21-cv-00029-JPH-MG |
| | ) | |
| LOTZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **DEFENDANTS' NOTICE OF DISCLOSURE OF EXPERT WITNESS**

Defendants, S. Alexander, R. Buckles, J. Dean, J. Lotz, T. Schaller, and S. Sullivan, by counsel, respectfully notify the Court that they have disclosed Joshua Wellington, MD, MS, as an expert witness in this matter pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Court's May 25, 2022, Order [Filing No. 149].

Undersigned counsel has provided Dr. Wellington's signed, written report and Rule 26(a)(2)(B) disclosures to Plaintiff Mahmud Abouhalima via certified U.S. mail, on August 26, 2022.

Defendants reserve the right to amend and/or supplement these expert witness disclosures as this litigation proceeds further.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By: *s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2022, a copy of the foregoing *Defendants' Notice of Disclosure of Expert Witness* was filed electronically. Service of this filing will be made on the following ECF-registered counsel by operation of the Court's electronic filing system:

None.

I further certify that on August 26, 2022, a copy of the foregoing *Defendants' Notice of Disclosure of Expert Witness* was mailed, by certified U.S. mail, postage prepaid and properly addressed to the following:

Mahmud Abouhalima
Reg. No. 28064-054
FLORENCE – ADMAX USP
FLORENCE ADMAX U.S. PENITENTIARY
Inmate Mail/Parcels
Legal Mail - Open Only in the Presence of the Inmate
P.O. Box 8500
Florence, CO 81226

*s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204