UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MAHMUD ABOUHALIMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:21-cv-00029-JPH-MG |
| ) | |
| LOTZ, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' NOTICE REGARDING SETTLEMENT CONFERENCE

In accordance with this Court's May 25, 2022, Order Granting Extensions of Time and Resetting Deadlines [Filing No. 149], Defendants, S. Alexander, R. Buckles, J. Dean, J. Lotz, T. Schaller, and S. Sullivan, by counsel, respectfully notify the Court that they do not believe a settlement conference with the Magistrate Judge would be beneficial in resolving this action and do not wish to have a formal settlement conference at this time.

        Respectfully submitted,

        ZACHARY A. MYERS.
        United States Attorney

By:   *s/ Gina M. Shields*
      Gina M. Shields
      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, a copy of the foregoing *Defendants' Notice Regarding Settlement Conference* was filed electronically.   Service of this filing will be made on the following ECF-registered counsel by operation of the Court's electronic filing system:

None.

I further certify that on September 26, 2022, a copy of the foregoing *Defendants' Notice Regarding Settlement Conference* was mailed, by certified U.S. Mail, postage prepaid and properly addressed to the following:

Mahmud Abouhalima
Reg. No. 28064-054
FLORENCE – ADMAX USP
FLORENCE ADMAX U.S. PENITENTIARY
Inmate Mail/Parcels
Legal Mail - Open Only in the Presence of the Inmate
P.O. Box 8500
Florence, CO 81226

*s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney


Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204